AND UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

      Plaintiff,                                   Case No. 24-CV-13445
                                                     Hon. Thomas L. Ludington

V

HALO COUNTRY, LLC, et al.

      Defendants

| | |
|---|---|
| LAW OFFICES OF OWEN, DUNN, JR.<br>Owen B. Dunn, Jr. (P66315)<br>Attorneys for Plaintiff<br>6800 W. Central Ave., Ste. C-1<br>Toledo, OH  43617<br>(419) 241-9661<br>obdjr@owendunnlaw.com | STARR, BUTLER & STONER, PLLC<br>Joseph A. Starr (P47253)<br>Zeth D. Hearld (P79725)<br>Attorneys for Defendant Halo Burger Holdings, LLC<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI  48076<br>(248) 554-2700<br>zhearld@starrbutler.com |
| FOLEY & LARDNER LLP<br>Norman C. Ankers (P30533)<br>Attorney for Defendant Halo Country, LLC<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226<br>313-234-2800<br>nankers@foley.com | MORGAN & JONES, PLLC<br>Sam Morgan (P36694)<br>Attorneys for Defendant Halo Burger Birch Run, Inc.<br>30500 Northwestern Hwy., Suite 425<br>Farmington Hills, MI 48334<br>248-865-0001<br>smorgan@work-lawyers.com |

**STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT HALO BURGER HOLDINGS, LLC AND DEFENDANT HALO BURGER BIRCH RUN, INC.**

    Plaintiff Leland Foster, Defendant Halo Burger Burch Run, Inc., and Defendant Halo Burger Holdings, LLC having stipulated to the dismissal of the

- 2 -

above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause be dismissed as to Defendant Halo Burger Burch Run, Inc. and Defendant Halo Burger Holdings, LLC, with prejudice and without costs, interest, and attorney fees to any party.

**IT IS SO ORDERED.**

Dated: September 23, 2025         s/Thomas L. Ludington
                                  THOMAS L. LUDINGTON
                                  United States District Judge

**This is not a final order, and it does not close the case.**

Approved as to Form and Substance:

/s/ Owen B. Dunn, Jr.                 /s/ Zeth D. Hearld
Owen B. Dunn Jr. (P66315)             Zeth D. Hearld (P79725)
Attorneys for Plaintiff               Attorneys for Defendant Halo Burger
                                      Holdings, LLC

/s/ Sam Morgan
Sam Morgan (P36694)
Attorneys for Defendant Halo Burger Burch Run, Inc.